

# THE ATTORNEY GENERAL
# OF TEXAS

GERALD C. MANN
~~XXWILWWILSONXXXXXXXX~~
ATTORNEY GENERAL

AUSTIN 11, TEXAS

Honorable George H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Sir:

Opinion No. 0-2204
Re: Does a company which pro-
duces casinghead gas and
gives the same without
compensation to the Texas
Prison System owe a gross
production tax on said
gas under Article 7047b
of Vernon' Annotated
Civil Statutes?

We are in receipt of your letter of June 9, 1940, in which you request an opinion of this department as to whether or not a gross production tax is due on gas which is produced and which is given free of charge to the Texas Prison System.

The tax you refer to is the tax on producers of natural gas imposed by Article 7047b of Vernon's Annotated Civil Statutes. Section 1 of the Act reads, in part, as follows:

"(a) That from and after the date herein fixed, every person engaging or continuing within this State, in the business of producing and saving in paying quantities, for sale or for profit, any natural gas, including casinghead gas, from the soil or waters of this State, and

"(b) Every person who imports natural gas into this State and thereafter sells the same in intrastate commerce in this State, the tax to be imposed on the first sale; (provided, however, that if any gas is imported into this State from another State, in which latter State a severance, occupation or excise tax is imposed, the person importing such gas shall not be required to pay another tax thereon under the provisions of this Act),

"(c) Are hereby declared to be 'producers'

and engaged in the business of producing natural gas within this State * * *"

It is apparent from the reading of the above quoted portion of the Statute that not every person who produces gas from the earth is a "producer" within the meaning of the tax act in question. Specifically under Section 1 (a), supra, before a person is a "producer" he must be producing natural gas and saving the same in paying quantities <u>for sale or for profit</u>. In numerous other places the tax act recognizes that not every producer of gas must pay a tax under the act, and also recognized the limited application of the term "producer" as explained previously.

It is the opinion of this department that a company which is producing casinghead gas from the earth but which is giving the same without charge to the Texas Prison System would not be a producer under the terms of the act as to the gas so disposed of and would not have to pay the tax on such gas as imposed under Article 7047b.

In the enclosed contract it is stated that it might become necessary for the Texas Prison System to account to the royalty owners for the gas taken. If this contingency happens, then the gas would be in the status of having been sold to the Texas Prison System and the company would owe the tax thereon.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By s/Billy Goldberg
Billy Goldberg
Assistant

BG:RS:wc

APPROVED JUNE 14, 1940
s/Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

Approved Opinion Committee By s/BWB Chairman